UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITEDSTATES OF AMERICA,

           -against-                                              06-cr-0748 (LAK)

MARIA MAXIMO,

                        Defendant(s).
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant is serving a term of imprisonment at FMC Carswell. She has moved *pro se* for compassionate release or, alternatively, for the appointment of counsel to represent her in connection with that application. Dkt. 101.

        The motion is granted to the extent that Sanford N. Talkin, Esq., is appointed pursuant to the Criminal Justice Act to counsel and represent the defendant in connection with a compassionate release application. The motion is denied without prejudice to the filing of a counseled motion for compassionate release.

        The Clerk shall send copies of this order to the defendant and to Mr. Talkin.

        SO ORDERED.

Dated:      February 19, 2021

                                                        Lewis A. Kaplan
                                                        United States District Judge