UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-

MARIA MAXIMO,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Copy mailed by chambers to Maria Maximo, Reg. no. 58878-054, FMC Carswell, Federal Medical Center, P.O. Box 27137, Fort Worth, TX 76127. AM

06-CR-748 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The government shall respond to defendant's compassionate release motion no later than April 29, 2021. It would be helpful if the response were to include appropriate medical information.

        SO ORDERED.

Dated:      April 8, 2021

                                                  Lewis A. Kaplan
                                             United States District Judge