UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

06-cr-0748 (LAK)

MARIA MAXIMO,

Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2021

## ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

LEWIS A. KAPLAN, *District Judge.*

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements of the Sentencing Commission, it is hereby

ORDERED, that the motion is granted to the extent that

1. Defendant's previously imposed sentence of imprisonment of 210 months is reduced to time served.

2. This order is stayed for up to 28 days in order or until such earlier date as the following conditions all are satisfied:

    (a) Verification of defendant's proposed residence with Connie St. Louis, the location of which is contained in a sealed exhibit to this order, and the provision of that location to the Probation Office in the proposed district of residence..

    (b) Verification of the availability to defendant immediately following her release of kidney dialysis treatment within reasonable distance of the proposed residence.

2

(c) Procurement and verification of Medicare, Medicaid or other means of financing kidney dialysis treatment and other necessary medical care for the defendant following her release.

(d) Procurement of a cellular telephone for use by defendant upon her release for the puprose of remaining in communication with the Probation Office in the district of her residence.

(e) The making of appropriate travel arrangements to the proposed place of residence and of any other arrangements necessary to her safe release.

The defendant shall be released upon the satisfaction of the foregoing conditions provided it is safe for the defendant to travel. If more than 28 days are needed to satisfy these conditions, the parties shall notify the court and show cause why the stay should be extended.

3. Under 18 U.S.C. § 3582(c)(1)A), the defendant shall serve a special term of supervision release equal to the unserved portion of the original term of imprisonment. The defendant's previously imposed conditions of supervised release and the following additional conditions shall apply to this special term of supervision:

(a) Defendant shall reside at the proposed residence with Ms. St. Louis unless otherwise permitted by this Court.

(b) Defendant shall remain accessible to the Probation Office via cellular telephone and shall report to said office as it may require.

Dated: August 2, 2021

_____
Lewis A. Kaplan
United States District Judge